UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLIOT DORSCH, et al., etc.,

    Plaintiffs,

v.                        CASE NO. 8:11-CV-441-T-16MAP

PILATUS AIRCRAFT, LTD., etc.,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 154 | Motion to Reopen Case |
| Dkt. 155 | Motion for Hearing |
| Dkt. 156 | Response (Pilatus) |
| Dkt. 157 | Response (Epps) |
| Dkt. 163 | Consolidated Reply |
| Dkt. 164 | Notice |
| Dkt. 165 | Notice |

This case was administratively closed March 13, 2014. The Court conducted a hearing on August 7, 2015 on all pending motions. The Court orally granted the Motion for Hearing (Dkt. 155).

After consideration, the Court grants the Motion to Reopen Case (Dkt. 154), and redesignates this case as a Track Three case. The Clerk of Court shall reopen this case.

Case No. 8:11-CV-441-T-17MAP

The Parties shall file an amended case management report. The Court anticipates that a final pretrial conference will be scheduled **at the latest** in July, 2016, and the trial of this case will be scheduled **at the latest** in August, 2016. Upon the filing of the amended case management report, this case will be referred to the assigned Magistrate Judge to conduct a preliminary pretrial conference prior to entry of a case management and scheduling order.

The Court notes that the Motion to Sever (Dkt. 107) has been withdrawn. (Dkt. 172).

At the hearing on March 13, 2014, the Court heard oral argument on the pending Motion for Summary Judgment of Defendant Epps Air Service, Inc d/b/a Epps Aviation (Dkt. 135). Defendant's Motion is based on collateral estoppel, and the complete absence of evidence in the record as to the alleged negligence of Defendant Epps. The Court notes that the Parties have not conducted substantive discovery to date. For that reason alone, Defendant Epps' Motion for Summary Judgment is premature, and is therefore denied without prejudice. Defendant Epps may renew the Motion at the appropriate time after discovery is completed, in accordance with the case management and scheduling order to be entered, by filing a Notice. It will not be necessary to refile the documents. The Court denies the Motion to Strike or for Leave to File Reply (Dkt. 146) as moot. Accordingly, it is

**ORDERED** that the Motion to Reopen (Dkt. 154) is **granted**, and this case is **redesignated** as a Track Three case. The Clerk of Court **shall reopen** this case. The Parties **shall file** an amended case management report within fourteen days. It is further

**ORDERED** that the Motion for Summary Judgement (Dkt. 135) is **denied without prejudice** and may be renewed. The Motion to Strike (Dkt. 146) is

2

Case No. 8:11-CV-441-T-17MAP

**denied as moot.**

      **DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of August, 2015.

                                          ELIZABETH A. KOVACHEVICH
                                          United States District Judge

Copies to:
All parties and counsel of record